# FILED

## UNDER

# SEAL

DAYLE ELIESON
United States Attorney
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd South
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:18-CR-00246-RFB-NJK-2 |
| Plaintiff ) | | |
| ) | | |
| v. ) | | AMENDED PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| JAEMILLAH EAGANS ) | | PRETRIAL RELEASE |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Kelly A. Bowen, Pretrial Services Officer.  I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 8th day of November, 2018.

DAYLE ELIESON
United States Attorney

By   /S/
LINDA MOTT
Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. JAEMILLAH EAGANS                    Docket No. 2:18-CR-00246-RFB-NJK-2

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jaemillah Eagans, who was placed August 3, 2018, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
3. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
4. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
5. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
6. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
7. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
8. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
9. The defendant shall reside with her mother, Erin Pope, at 11678 Vancanze Court, Las Vegas 89183.

On August 10, 2018, Pretrial Services filed a petition requesting her bond be modified to include the following, which was granted by U.S. Magistrate Judge George W. Foley, Jr., on the same day:

1. Submit to a substance abuse assessment and any recommended treatment as directed by Pretrial Services. The defendant shall pay all or part of the costs of treatment based upon her ability to pay.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant failed to report for drug testing on the following dates: August 9, 2018, August 13, 2018, August 15, 2018, August 16, 2018, and August 22, 2018.
2. The defendant failed to report as directed to Pretrial Services on the following dates August 21, 2018 and August 22, 2018.
3. The defendant tested positive for opiates, methamphetamine, MDMA, and Oxycodone on August 23, 2018.
4. The defendant tested positive for methamphetamine and MDMA on August 27, 2018.
5. The defendant tested positive for opiates, methamphetamine, MDMA, and Oxycodone when admitted to the New Frontier Treatment Center on September 6, 2018.

6. On September 6, 2018, the defendant was in possession of a gram of methamphetamine when she arrived at New Frontier Treatment Center.
7. On the following dates the defendant took items from the treatment facility: September 12, 2018 and September 26, 2018.
8. On the following dates the defendant was disruptive during treatment sessions: September 21, 2018, September 25, 2018 and September 30, 2018.
9. On September 24, 2018, contraband was found in the defendant's property.
10. On October 1, 2018, Pretrial Services was notified the defendant has received correspondence from Samual Donesing (co-defendant) and did not disclose a no contact order was in place to staff.
11. On October 29, 2018, the defendant tested positive for amphetamine and methamphetamine and admitted to using the substance on October 27, 2018.
12. On November 2, 2018, the defendant failed to report as directed during her designated drug testing hours.
13. On November 2, 2018, the defendant reported at approximately 4pm and submitted a drug test which was unable to be tested due to low specific gravity.
14. On November 5, 2018, the defendant reported to submit a drug test and reported she used heroin on November 4, 2018. The defendant's drug test was positive for opiates, methamphetamine, and amphetamine. The defendant denied any new use of methamphetamine.
15. On November 7, 2018, the defendant submitted a positive test for MDMA, Methamphetamine, and Opiates. The defendant admitted to using heroin on November 6, 2018.

**PRAYING THAT THE COURT WILL ORDER THAT A SUMMONS BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 8th day of November, 2018, and ordered filed and made a part of the records in the above case. | Executed on this 8th day of November, 2018 |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Richard F. Bouleware, II | Kelly A. Bowen |
| United States District Judge | United States Pretrial Services Officer |
| | Place: Las Vegas, Nevada |