# FILED UNDER SEAL



Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jaemillah Eagans**

Case Number:  **2:18CR00246**

Name of Sentencing Judicial Officer: **Honorable Richard F. Boulware**

Date of Original Sentence: **April 13, 2021**

Original Offense: **Possession of a Stolen Firearm**

Original Sentence: **36 Months probation**

Date Supervision Commenced: **April 13, 2021**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

   On November 18, 2022, Eagens tested positive for methamphetamine and opiates. Eagens admitted to the undersigned officer she had used methamphetamine on November 17, 2022.

RE: Jaemillah Eagans

Prob12C
D/NV Form
Rev. March 2017

2. **Must Not Possess Firearms** - **You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

   On November 18, 2022, Eagens was in possession of 180 rounds of 7.62mm ammunition, 45 rounds of .9mm ammunition, a high-capacity magazine capable of containing 39 rounds of 7.62 ammunition, and various targets.

3. **Shall Not Commit Crime** - **The defendant must not commit another federal state or local crime.**

   On November 18, 2022, Eagans committed the crime of Felon in Possession of Ammunition, a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

   As noted in allegation #2, on the above-noted date, a search of Eagan's vehicle was conducted by officers with the United States Probation Office. Located on the floor-board in the rear passenger area below the infant's seat was a black ammunition box that contained 180 rounds of 7.62 mm ammunition and 45 rounds of 9mm ammunition. Additionally, located in the rear hatch/trunk area a high-capacity magazine capable of carrying 39 rounds of 7.62mm ammunition.

RE: Jaemillah Eagans

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **November 18, 2022**


Digitally signed by Deleyna Joseph
Date: 2022.11.18 12:47:58 -08'00'

Deleyna Joseph
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.11.18 12:44:28 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

### THE COURT ORDERS

☐ No Action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_____
RICHARD F. BOULWARE, II
United States District Judge
November 18, 2022
Date

RE: Jaemillah Eagans

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JAEMILLAH EAGANS, 2:18CR00246

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### November 18, 2022

On November 18, 2022, Eagens reported to the office as instructed after multiple attempts to contact her at her residence were unsuccessful. Eagans arrived with her eight (8) month old son. Eagans had red glassy eyes with pinpoint pupils when she arrived. Eagans submitted to a drug test which resulted in a presumptive positive for methamphetamine and opiates. Eagans admitted that she has been actively smoking methamphetamine for the past three (3) months. When confronted about the opiates, she was unable to provide an explanation.

Based upon Eagans having an infant with her while under the influence, the Probation Office requested permission to search her vehicle. Eagens consented to a search of her vehicle and provided the key and location of the vehicle. During search of Eagan's vehicle, officers observed a box of White Flyer clay shooting targets, commonly used in target shooting. Further search of the vehicle revealed a black plastic ammunition box on the floor-board below the infant's seat in the rear passenger area that contained 180 rounds of 7.62 mm ammunition, and 45 rounds of 9mm ammunition. Additionally, located in the rear hatch/trunk area a high-capacity magazine capable of carrying 39 rounds of 7.62mm ammunition. Lastly, located in the center console was a piece of burnt aluminum foil which Eagans previously told the undersigned would be found in her vehicle and was the method she was using to ingest methamphetamine.

Eagens also admitted that she routinely smokes/ingests methamphetamine in her vehicle prior to placing her infant and other small child in the same vehicle and driving. Also, during the office visit, Eagans admitted to the undersigned officer thashe has not been residing at her reported address, a violation of her release conditions.

Based upon her conduct and the risk to her infant and the public, the Probation Office respectfully requests that a warrant be issued and that Eagans be brought before the Court to show cause as to why her probation should not be revoked.

Respectfully submitted,

Digitally signed by Deleyna Joseph
Date: 2022.11.18 12:47:24 -08'00'

Deleyna Joseph
United States Probation Officer

RE: Jaemillah Eagans

Prob12C
D/NV Form
Rev. March 2017

Approved:

*[signature: T.W. Fredlund for]* Digitally signed by Todd Fredlund
Date: 2022.11.18 12:44:51 -08'00'

Joy Gabonia
Supervisory United States Probation Officer