```
RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org
```

Attorney for Jaemillah Eagans

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAEMILLAH EAGANS,<br><br>Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jaemillah Eagans, that the Revocation Hearing currently scheduled on January 29, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The government is seeking additional discovery on this case, and defense counsel needs additional time to review the same upon receipt.

2. Defense counsel needs additional time to review discovery with Ms. Eagans and advise her on this matter.

3. Additional time is needed to conduct investigation as to the allegations in the Petition and prepare for the revocation hearing, if necessary.

4. Ms. Eagans is in custody and agrees with the need to continue the hearing.

5. The parties agree to the continuance.

This is the first request for continuance filed herein.

DATED this 26th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAEMILLAH EAGANS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on January 29, 2024 at the hour of 12:45 p.m., be vacated and continued to February 29, 2024 at at 9:15 a.m.

　　　DATED this 26th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT *WDGE*

3