RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Jaemillah Eagans

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAEMILLAH EAGANS,<br><br>          Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven J. Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jaemillah Eagans, that the Revocation Hearing currently scheduled on March 29, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The government has subpoenaed discovery on this matter, and defense counsel will need additional time to review the same with Ms. Eagans upon receipt.

2. The government is contemplating additional charges related to the allegations in the Petition, and additional time is necessary to allow the government to make a decision on the same and allow the parties to contemplate a global resolution.

3. Defense counsel needs additional time to advise Ms. Eagans and conduct necessary investigation as to the allegations in the Petition.

4. Ms. Eagans is in custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the third request for continuance filed herein.

DATED this 27th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Steven J. Rose*<br>STEVEN J. ROSE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAEMILLAH EAGANS,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on March 29, 2024 at the hour of 9:15 a.m., be vacated and continued to May 2, 2024 at 9:15 a.m.

　　DATED this <u>27th</u> day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE