RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Jaemillah Eagans

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00246-RFB-NJK-2 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| JAEMILLAH EAGANS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven J. Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jaemillah Eagans, that the Revocation Hearing currently scheduled on May 2, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Assistant United States Attorney Steven Rose has requested additional discovery, including jail calls, and the parties are waiting receipt of the same.

2. Defense counsel has also requested additional discovery from the United States Probation Office that is pertinent to this case.

3. Additional time is necessary to receive and review the above mentioned discovery upon receipt.

4. Defense counsel needs additional time to discuss this matter with Ms. Eagans and conduct necessary investigation in preparation for the revocation hearing.

5. Ms. Eagans is in custody and agrees with the need to continue the hearing.

6. The parties agree to the continuance.

This is the fourth request for continuance filed herein.

DATED this 29th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Steven J. Rose*<br>STEVEN J. ROSE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAEMILLAH EAGANS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on May 2, 2024 at the hour of 9:15 a.m., be vacated and continued to Wednesday, 6/5/2024 at 8:15 a.m.

　　DATED this 30th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3