RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rebecca_Levy@fd.org

Attorney for Jaemillah Eagans

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAEMILLAH EAGANS,<br><br>    Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven J. Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jaemillah Eagans, that the Revocation Hearing currently scheduled on June 5, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1. Defense counsel needs additional time to discuss this matter with Ms. Eagans and conduct necessary investigation in preparation for the revocation hearing.

  2. Defense counsel and the government are scheduled to be in trial on another matter starting June 18th for approximately two weeks and will be unavailable during that time.

3. Ms. Eagans is in custody and agrees with the need to continue the hearing.

4. The parties agree to the continuance.

This is the fifth request for continuance filed herein.

DATED this 31st day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Rebecca A. Levy*<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | *By: Steven J. Rose*<br>STEVEN J. ROSE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAEMILLAH EAGANS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00246-RFB-NJK-2<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on June 5, 2024 at the hour of 9:15 a.m., be vacated and continued July 2, 2024 at 12:15 p.m.

Dated this 3rd day of June, 2024

_____
UNITED STATES DISTRICT JUDGE